UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANTZY MERISIER and CLERNIDE N. MERISIER, )
)
Plaintiffs, )
)
v. ) CIVIL ACTION
) NO. 14-13445-JGD
JOSHUA ELLENDER and GREGORY MARTELL, )
)
Defendants. )

# JURY VERDICT FORM

A. **Claims for Violations of Civil Rights Under Section 1983**

**Warrantless Entry**

1. (a) Did Officers Joshua Ellender and Gregory Martell have probable cause to place Mr. Merisier into protective custody?

    Yes __✓__    No _____

    *Go to part (b).*

    (b) Did Officers Joshua Ellender and Gregory Martell have consent to enter the Merisiers' apartment?

    Yes __✓__    No _____

    *Go to question 2.*

## Excessive Force[1]

2. Did Officers Joshua Ellender and/or Gregory Martell deprive Frantzy Merisier of his Fourth Amendment rights by using excessive force against him?

   Joshua Ellender:   Yes _____   No ___✓___

   Gregory Martell:   Yes _____   No ___✓___

   *If you answered "no" to both subparts of question 1, go to question 3. If you answered "yes" to question 2 with respect to one or both defendants, go to question 3. Otherwise, go to question 7.*

## Compensatory Damages

3. State the amount of compensatory damages, if any, that you award to Frantzy and/or Clernide N. Merisier to fully and fairly compensate them for the harm proximately caused by the violation of their Fourth Amendment right(s)?

   Frantzy Merisier      $_____
                         Amount in numbers

                         _____
                         Amount in words

   Clernide Merisier     $_____
                         Amount in numbers

                         _____
                         Amount in words

   *Go to question 4.*

---

[1] Your verdict regarding Mr. Merisier's claims for excessive force under Section 1983 will be applied to the plaintiff's state law claims against the defendants for assault and battery.

### Prejudgment Interest

4. Should prejudgment interest be awarded on the compensatory damages?

    Yes _____    No _____

*Go to question 5.*

### Punitive Damages

5. Do you find that either or both of the defendants' conduct toward one or both of the plaintiffs was malicious, wanton or oppressive?

    For Frantzy Merisier:

    Joshua Ellender:    Yes _____    No _____

    Gregory Martell:    Yes _____    No _____

    For Clernide Merisier:

    Joshua Ellender:    Yes _____    No _____

    Gregory Martell:    Yes _____    No _____

    *If you answered "yes" to question 5 with respect to one or both defendants, go to question 6. Otherwise, go to question 7.*

6. State the amount of punitive damages, if any, that you award to the plaintiffs

    For Frantzy Merisier against:

    (a)    Joshua Ellender:

        $_____
        Amount in numbers

        _____
        Amount in words

3

(b) Gregory Martell:

$_____
Amount in numbers

_____
Amount in words

For Clernide Merisier against:

(a) Joshua Ellender:

$_____
Amount in numbers

_____
Amount in words

(b) Gregory Martell:

$_____
Amount in numbers

_____
Amount in words

*Go to question 7.*

B. **State Law Claims**

### False Imprisonment

7. Did the defendants violate Frantzy Merisier's rights under Massachusetts law by subjecting him to false imprisonment?

   Joshua Ellender: Yes _____ No ✓_____

   Gregory Martell: Yes _____ No ✓_____

*If you answered "yes" to question 7 with respect to one or both defendants, go to question 8. Otherwise, go to question 9.*

8.  State the amount of compensatory damages, if any, that you award to Frantzy Merisier to fully and fairly compensate him for the harm proximately caused by the defendants' conduct, **to the extent such damages have not already been awarded above.**

    $_____
    Amount in numbers


    _____
    Amount in words

*Go to question 9.*

### Intentional Infliction of Emotional Distress

9.  Did the defendants violate Frantzy Merisier's rights under Massachusetts law by intentionally or recklessly causing infliction of emotional distress?

    Joshua Ellender:    Yes _____    No ___✓___

    Gregory Martell:    Yes _____    No ___✓___

    *If you answered "yes" to question 9 with respect to one or both defendants, go to question 10. Otherwise, go to question 11.*

10. State the amount of compensatory damages, if any, that you award to Frantzy Merisier to fully and fairly compensate him for the harm proximately caused by the defendants' conduct, **to the extent such damages have not already been awarded above.**

    $_____
    Amount in numbers


    _____
    Amount in words

*Go to question 11.*

11. Did the defendants violate Clernide N. Merisier's rights under Massachusetts law by intentionally or recklessly causing infliction of emotional distress?

Joshua Ellender: Yes _____ No ✓

Gregory Martell: Yes _____ No ✓

*If you answered "yes" to question 11 with respect to one or both defendants, go to question 12. If you answered "no" with respect to both defendants, you have reached a verdict. Please sign and date this Jury Verdict Form and advise the court officer that you have reached a verdict.*

12. State the amount of compensatory damages, if any, that you award to Clernide N. Merisier to fully and fairly compensate her for the harm proximately caused by the defendants' conduct, **to the extent such damages have not already been awarded above.**

$_____
Amount in numbers

_____
Amount in words

When you have completed this Jury Verdict Form in accordance with the directions set forth above, sign and date the form and notify the court security officer that you have reached a verdict.

I HEREBY CERTIFY THAT EACH OF THE QUESTIONS ANSWERED ABOVE WAS ANSWERED BY ALL OF THE JURORS.

Date: 6/1/17              _Roger Spingarn_
                          Foreperson of the Jury

6