# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Frantzy Merisier and
Clernide N. Merisier
     Plaintiffs,

v.

C.A. No.  14-13445- JGD

Joshua Ellender and
Gregory Martell

    Defendants.

## JUDGMENT  IN  A  CIVIL CASE

Based upon the jury's answers to special questions, judgment is hereby entered for the defendants, Joshua Ellender and Gregory Martell.

Robert Farrell
CLERK

(By) Deputy Clerk
Thomas F. Quinn Jr.

APPROVED: _____
U.S. MAGISTRATE JUDGE

Date: 6/5/2017