# United States Court of Appeals
## For the First Circuit

No. 17-1626

FRANTZY MERISIER

Plaintiff - Appellant

CLERNIDE MERISIER

Plaintiff

v.

JOSHUA ELLENDER, individually and as police officer in the Police Department of the City of Mansfield; GREGORY MARTELL, individually and as police officer in the Police Department of the City of Mansfield

Defendants - Appellees

TOWN OF MANSFIELD, MA, a municipal corporation; MANSFIELD POLICE DEPARTMENT

Defendants

**MANDATE**

Entered: October 5, 2018

In accordance with the judgment of September 13, 2018, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Maria R. Hamilton, Clerk

cc:
Douglas I. Louison
Clernide Merisier
Frantzy Merisier
Stephen C. Pfaff